UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| JOSEPH HANEY, | : | CASE NO. 5:22-CV–651 |
| | : | |
| Plaintiff, | : | OPINION & ORDER |
| | : | [Resolving Doc. 13] |
| vs. | : | |
| | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Joseph Haney seeks judicial review of the Social Security Administration Commissioner's final decision denying his application for Disability Insurance Benefits ("DIB").[1]

On June 16, 2023, Magistrate Judge Thomas M. Parker issued a Report and Recommendation ("R&R") recommending that the Court vacate and remand the Commissioner's final decision.[2]  On June 28, 2023, Defendant filed a response to the R&R saying that the Commissioner would not file objections.[3]

The Federal Magistrates Act requires district courts to conduct a *de novo* review of only objected-to portions of an R&R.[4]  Absent objection, district courts may adopt an R&R without review.[5]  Defendant did not object to the R&R, and this Court may adopt

---

[1] Doc. 1.  Plaintiff and Defendant filed merits briefs.  Docs. 9 and 11.  Plaintiff filed a reply.  Doc. 12.

[2] Doc. 13.

[3] Doc. 14.

[4] 28 U.S.C. § 636(b)(1).

[5] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).  Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R.  *Id.* at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 5:22-cv-651
Gwin, J.

Magistrate Judge Parker's R&R without further review.

Accordingly, the Court **ADOPTS** Magistrate Judge Parker's R&R, and **VACATES** and

**REMANDS** the Commissioner's final decision.

IT IS SO ORDERED.


Dated:  September 11, 2023                      _s/_          _James S. Gwin_
                                                               JAMES S. GWIN
                                                               UNITED STATES DISTRICT JUDGE